# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. URIBE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Secretary, CDCR,<br><br>　　　　　　Respondent. | Case No. ED CV 16-00616 JVS (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on January 3, 2018, to which Petitioner has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. IT IS ORDERED that the First Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: June 19, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE