# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. URIBE, | Case No. ED CV 16-00616 JVS (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, Secretary, CDCR, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: June 19, 2018

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE